# UNITED STATES BANKRUPTCY COURT

NORTHERN District of ILLINOIS

CHICAGO DIVISION

| | |
|---|---|
| In re    Roger Daniel Weber,<br>            Debtor | Case No. 10-54191 |
| | Chapter 13 |

## Response to Notice of Final Cure Payment

**Name of Creditor:**Bank of America, N.A.

**Last four digits** of any number you use to identify the debtor's account  3623

**Uniform Claim Identifier**: 2-3

**Court Claim No. (if known):** _____

## Part 1: Status of Payments on Claim and Post-Petition Payments

In response to the Trustee's Notice of Final Cure Payment, Creditor states that:

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒ As of 1/13/16, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

☐ As of _____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.

    ☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.

    ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payment, Fees, Expenses and Charges (Choose ONE in Section B)**

☒ **Post-Petition Payments Paid by Debtor(s)**

    ☐ As of _____,the Creditor agrees that that Debtor(s) is current on all post-petition payments, fees, expenses and charges.

    ☒ As of 1/13/16, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

☐ **Post-Petition Payments Paid by Trustee**

    ☐ As of _____,the Creditor agrees that the Debtor(s) is current with all post petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post petition for _____.

    ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will be current with all post petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.

    ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

## Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| Description | Amount |
|---|---|
| **1. Late charges** | (1) _____ |
| **2. Non-sufficient funds (NSF) fees** | (2) _____ |
| **3. Attorney's fees** | (3) _____ |
| **4. Filing fees and court costs** | (4) _____ |
| **5. Advertisement costs** | (5) _____ |
| **6. Sheriff/auctioneer fees** | (6) _____ |

**7. Title costs** (7) _____

**8. Recording fees** (8) _____

**9. Appraisal/broker's price opinion fees** (9) _____

**10. Property inspection fees** (10) _____

**11. Tax advances (non-escrow)** (11) _____

**12. Insurance advances (non-escrow)** (12) _____

**13. Property preservation expenses** (13) _____

**14. Escrow shortage or deficiency (not included as part of any installment payment listed in line item 15)** (14) _____

**15. Past Due Payments**

_____ – _____  _____ installments at  $0.00  $0.00

_____ – _____  _____ installments at  _____  $0.00

_____ – _____  _____ installments at  _____  $0.00

Past due payments prior to _____ in the total amount of _____

See attached for breakdown.

**Total payments due ▶** (15) $0.00

**16. Other. Specify:** (16) _____

**17. Other. Specify:** (17) _____

**18. Unapplied Funds** (18) ( _____ )

**19. Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.** (19) $0.00

## Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)

| Description | Amount |
| --- | --- |
| **1. Late charges** | (1) $0.00 |
| **2. Non-sufficient funds (NSF) fees** | (2) _____ |
| **3. Attorney's fees** | (3) _____ |
| **4. Filing fees and court costs** | (4) _____ |
| **5. Advertisement costs** | (5) _____ |
| **6. Sheriff/auctioneer fees** | (6) _____ |
| **7. Title costs** | (7) _____ |
| **8. Recording fees** | (8) _____ |
| **9. Appraisal/broker's price opinion fees** | (9) _____ |
| **10. Property inspection fees** | (10) _____ |
| **11. Tax advances (non-escrow)** | (11) _____ |
| **12. Insurance advances (non-escrow)** | (12) _____ |
| **13. Property preservation expenses** | (13) _____ |
| **14. Past Due Payments** | |

**Escrow advance on the account?**

☐ No

☐ Yes    Escrow advance balance on the account is _____ and will be collected through the escrow portion of the ongoing monthly installments.

| | | | | |
|---|---|---|---|---|
| 7/1/2015 – 1/1/2016 | 7 | installments at | $1,386.04 | $9,702.28 |
| _____ – _____ | _____ | installments at | _____ | $0.00 |
| _____ – _____ | _____ | installments at | _____ | $0.00 |

Past due payments prior to _____ in the total amount of _____

See attached for breakdown.

**Total payments due ▶**    (14) $9,702.28

**15. Other. Specify:**    (15) _____

**16. Other. Specify:**    (16) _____

**17. Unapplied Funds**    (17) ($306.37)

**18. Total post-petition payments, fees, expenses and charges not cured by Debtor(s).**    (18) $9,395.91

Attorney for creditor (signature)
/s/ Nisha B. Parikh
Attorney for creditor (print)
Nisha B. Parikh
Bar registration number
6298613
Company
Anselmo Lindberg Oliver LLC
Address (1)
1771 W. Diehl Road, Suite 120
Address (2)
Naperville, IL 60563
Phone contact
630-453-6960
Fax contact
630-428-4620
Email contact
bankruptcy@alolawgroup.com

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

☒I hearby certify that a copy of <u>this pleading</u> was mailed first class, postage paid, this <u>29</u> day of <u>January</u>,<u>2016</u> to:

Party 1:

Roger Daniel Weber, 2007 Carrier Circle, Plainfield, IL 60586

Patrick S. Layng, Office of the U.S. Trustee Region 11, 216 S. Dearborn St, Room 873, Chicago, IL 60604

Party 2:

☒I hearby certify that a copy of <u>this pleading</u> was uploaded through the Court's ECF System at the e-mail address register with the court on, this <u>29</u> day of <u>January</u>,<u>2016</u> to:

Glenn B. Sterns, mcguckin_m@lisle13.com
Party 1:

Timothy A. Clark, tim.bkct@kcccp.com
Party 2:)

/s/ Nisha B. Parikh
Attorney for creditor (signature)
Nisha B. Parikh
Attorney for creditor (print)